**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL R. HOLLIS<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>        vs.<br>FIRST ASSOCIATES LOAN SERVICING -<br>AGENT FOR BFCL TRUST**<br>            Respondents | Case No. 19-21749JAD<br><br><br>Chapter 13<br><br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

FUNDS RETURNED FROM CREDITOR SUSPENSE ACCOUNT BUT THE CLAIM HAS NOT BEEN WITHDRAWN OR AMENDED.

| | |
|---|---|
| FIRST ASSOCIATES LOAN SERVICING - AGENT FOR BFCL TRUST**<br>C/O VERVENT INC* FKA FIRST ASSOC LN SVCNG<br>LOCKBOX 206536<br>2975 REGENT BLVD #100<br>IRVING, TX 75063 | Court claim# 3/Trustee CID# 10 |

The Movant further certifies that on 10/20/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| MICHAEL R. HOLLIS, 1125 WILLOW BROOK RD, BELLE VERNON, PA  15012 | LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA  15235 |
| ORIGINAL CREDITOR:<br>FIRST ASSOCIATES LOAN SERVICING - AGENT FOR BFCL TRUST**, C/O VERVENT INC* FKA FIRST ASSOC LN SVCNG, LOCKBOX 206536, 2975 REGENT BLVD #100, IRVING, TX  75063<br><br>NEW CREDITOR: | :<br>FIRST ASSOCIATES LOAN SERVICING LLC**, 2975 REGENT BLVD #100, LOCKBOX 206536, IRVING, TX  75063 |