**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MICHAEL R. HOLLIS | Case No. 19-21749JAD |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| FIRST ASSOCIATES LOAN SERVICING - AGENT FOR BFCL TRUST** | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to CREDIT CORP SOLUTIONS INC. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

| | |
|---|---|
| FIRST ASSOCIATES LOAN SERVICING - AGENT FOR BFCL TRUST** C/O VERVENT INC* FKA FIRST ASSOC LN SVCNG LOCKBOX 206536 2975 REGENT BLVD #100 IRVING, TX 75063 | Court claim# 3/Trustee CID# 10 |

The Movant further certifies that on 11/03/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

DEBTOR(S):
MICHAEL R. HOLLIS, 1125 WILLOW BROOK RD, BELLE VERNON, PA  15012

DEBTOR'S COUNSEL:
LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA  15235

ORIGINAL CREDITOR:
FIRST ASSOCIATES LOAN SERVICING - AGENT FOR BFCL TRUST**, C/O VERVENT INC* FKA FIRST ASSOC LN SVCNG, LOCKBOX 206536, 2975 REGENT BLVD #100, IRVING, TX  75063

ORIGINAL CREDITOR'S COUNSEL:
FIRST ASSOCIATES LOAN SERVICING LLC**, 2975 REGENT BLVD #100, LOCKBOX 206536, IRVING, TX  75063

:
CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD STE 200, DRAPER, UT  84020

NEW CREDITOR:
CREDIT CORP SOLUTIONS INC