**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MICHAEL R. HOLLIS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br>　　　　Movant <br>　　vs. <br> No Respondents. | Case No.:19-21749 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/30/2019 and confirmed on 06/07/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,441.02 |
| Less Refunds to Debtor | 19.53 | |
| TOTAL AMOUNT OF PLAN FUND | | 122,421.49 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,101.00 | |
| 　Trustee Fee | 5,834.80 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,935.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　MIDFIRST BANK SSB* | 0.00 | 77,710.41 | 0.00 | 77,710.41 |
| 　　Acct: 7217 | | | | |
| 　MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 7217 | | | | |
| 　PENTAGON FEDERAL CREDIT UNION/PEN | 7,187.59 | 7,187.59 | 711.12 | 7,898.71 |
| 　　Acct: 3816 | | | | |
| 　WELLS FARGO BANK NA D/B/A WELLS FA | 3,937.98 | 3,937.98 | 401.56 | 4,339.54 |
| 　　Acct: 8472 | | | | |
| | | | | 89,948.66 |
| **Priority** | | | | |
| 　LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　MICHAEL R. HOLLIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　MICHAEL R. HOLLIS | 19.53 | 19.53 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 3,101.00 | 3,101.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERIHOME MORTGAGE COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0134 | | | | |
| AMERICAN EXPRESS NATIONAL BANK-AE | 12,215.76 | 11,904.69 | 0.00 | 11,904.69 |
| Acct: 1000 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 357.22 | 348.12 | 0.00 | 348.12 |
| Acct: 9255 | | | | |
| DISCOVER BANK(*) | 3,513.26 | 3,423.79 | 0.00 | 3,423.79 |
| Acct: 3946 | | | | |
| DOLLAR BANK FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1140 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1215 | | | | |
| LENDING CLUB CORP* | 4,039.57 | 3,936.70 | 0.00 | 3,936.70 |
| Acct: 3560 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5033 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9407 | | | | |
| PENTAGON FEDERAL CREDIT UNION/PEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4477 | | | | |
| PENTAGON FEDERAL CREDIT UNION/PEN | 401.61 | 376.86 | 0.00 | 376.86 |
| Acct: 9772 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7231 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6641 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5232 | | | | |
| WELLS FARGO BANK NA | 3,639.55 | 3,546.87 | 0.00 | 3,546.87 |
| Acct: 3994 | | | | |
| WELLS FARGO DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6823 | | | | |
| WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0285 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 23,537.03 |

TOTAL PAID TO CREDITORS                                                                                    113,485.69

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 11,125.57 |
| UNSECURED | 24.166.97 |

Date: 05/01/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com